AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

THOMAS M. ZACHARY, SR.,

    Plaintiff,

                                JUDGMENT IN A CIVIL CASE

    V.                                    CASE NUMBER: CV 423-106

CHATHAM CO., et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated May 23, 2023, Plaintiff's Complaint is dismissed due to his failure to comply with this Court's Order. This case stands closed.

Approved by: _____
CHRISTOPHER L. RAY
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

May 23, 2023
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020